E-FILED
Monday, 31 January, 2005 08:27:13 PM
Clerk, U.S. District Court, ILCD

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>TIMMOTHY C. LINCOLN,<br>    Defendant. | No. 01 CR 30089 |

FILED

JAN 2 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION TO WAIVE INTEREST ON RESTITUTION**

Defendant TIMMOTHY C. LINCOLN moves this Court to waive the interest on the restitution imposed in this case under 18 U.S.C. § 3612(f)(3)(A) or, in the alternative, limit the amount of interest or the length of the period during which interest accrues. *See, e.g., United States v. Rhodes*, 201 F. Supp. 2d 906, 918 n.8 (C.D. Ill. 2002) (waiving interest on restitution in light of amount of restitution and defendant's financial circumstances), *aff'd*, 330 F.3d 949 (7th Cir. 2003); *see also United States v. Tinker*, CR No. 97-281-FR, 1999 U.S. Dist. LEXIS 11079 (D. Or. July 8, 1999) (entertaining motion to waive interest on restitution more than one year after entry of judgment). Defendant submits in support the attached affidavit.

TIMMOTHY C. LINCOLN, Pro Se
1344 N. Third St.
Springfield, IL 62701
(217) 789-1875

**AFFIDAVIT**

TIMMOTHY C. LINCOLN states as follows:

1. On June 14, 2002, I was sentenced by the Honorable Jeanne E. Scott, United States District Judge. My sentence included 15 months of imprisonment, 3 years of supervised release, and restitution in the amount of $13,160.69. The PSR indicated that I lacked the ability to pay a fine, and no fine was included in the sentence.

2. On November 7, 2003, I admitted to violating the conditions of my supervised release. This Court revoked my release and sentenced me to 10 months of imprisonment and 2 years of supervised release. This Court also re-imposed the restitution balance of $13,323.14.

3. After my release from this second term of imprisonment, I obtained a financial scholarship to a CDL training program and successfully completed the program.

4. Since _11 24 2004_ I have been employed as a truck driver, earning approximately _$1052_ per month.

5. In addition to my earnings, I receive $106 per month in veteran's disability benefits. I am considered 10% disabled by the army.

6. My current monthly expenses include rent ($325), transportation ($50), and car insurance ($41.96).

7. I owe debts to Famous Barr ($548.35) (Attach. A); Heartland Credit Union ($672.82, plus $.25 per day from August 28, 2002) (Attach. B); Army & Air Force

Exchange SVC ($1647.85) (Attach. C); Bank One ($19,828.18) (Attach. D); SIU Physicians & Surgeons, Inc. ($173) (Attach. E); Noll Law Office ($2885) (Attach F.); Springfield Postal Credit Union ($1543.87) (Attach. G); U.S. Postal Service - ASC ($1344.26) (Attach. H).

8. I owe the Illinois Department of Public Aid $6693 in overdue child support payments for my 12-year-old daughter Alexis and my 13-year-old son Christopher, who live with their mother. (Attach. I).

9. I also have an infant son, Isaiah. I live with Isaiah and his mother in her home in Springfield, Illinois.

10. Although I intend to make every effort to pay the restitution, my partial physical disability, significant debt, and financial responsibilities to my three children will make payment difficult. I therefore request that this court <u>waive</u> or limit the interest on my restitution obligation.

I declare under penalty of perjury that the contents of the foregoing affidavit are true and correct to the best of my knowledge and belief.

Date: 1 27 2005

TIMMOTHY C. LINCOLN

P.O. BOX 105236
ATLANTA, GA 30348

**RMA** RISK MANAGEMENT ALTERNATIVES, INC.

RETURN SERVICE REQUESTED

802 E MARTINTOWN RD/SUITE 201
NORTH AUGUSTA, SC 29841
800-477-1827

September 7, 2004

(EST) Mon - Thurs 8:00 A.M. - 9:00 P.M., Fri 8:00 A.M. - 7:00 P.M., Sat 8:00 A.M. - 12:00 P.M.

6849424-NAGEZM
TIMOTHY C LINCOLN
1344 N 3RD ST
SPRINGFIELD IL 62702-3838

Creditor: FAMOUS BARR
Balance: $548.35

Reference #: 00000169710639
Account Number: 6849424-NAGEZM

Settlement Offer

At this time we are authorized by FAMOUS BARR to make a generous settlement offer to you.

You actually owe:            $548.35
Settlement Amount:           $257.72
Amount must be received by:  09-28-04

In order to take advantage of this offer, send your check or money order, made payable to Risk Management Alternatives, Inc., no later than the date shown immediately above.

If you do not take advantage of this offer, we will proceed with our normal collection efforts.

If you wish to discuss this matter, please call 800-477-1827.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

**Notice: See Reverse Side for Important Information.**

NJTSL.15B-T D176 2D1

---

TIMOTHY C LINCOLN
Creditor: FAMOUS BARR
Reference #: 00000169710639
Account Number: 6849424-NAGEZM
Balance: $548.35
Settlement Amount: $257.72
Settlement Date: 09-28-04

(Please return this portion with your payment)

NJTSL.15B-T D176 2D1

Correct Address:_____
City:_____ State:____ Zip:_____
Phone:_____ SSN:_____
Employer:_____

RISK MANAGEMENT ALTERNATIVES, INC.
P.O. BOX 105236
ATLANTA, GA 30348

6849424    9 NAGEZM

A

# RABIN, MYERS & HANKEN, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

1300 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703

PHONE: 217.544.5000
FAX: 217.544.5017
EMAIL: mdurr@springfieldlaw.com

MARK RABIN
JOHN M. MYERS
W. SCOTT HANKEN
MICHAEL M. DURR
ERIN WISNER

From: Michael M. Durr

August 28, 2002

Timmothy C. Lincoln
1344 North 3rd Street
Springfield, Illinois 62702

Certified and Regular U.S. Mail

Re:   Our Client:    Heartland Credit Union
      Balance Due:   $672.82, plus interest of $0.25 per day from August 28, 2002, on Account No. 27605-90

Dear Mr. Lincoln:

This law firm is counsel for Heartland Credit Union and it has been instructed to collect from you the entire balance, which as of August 28, 2002, was $672.82, plus interest of $0.25 per day from August 28, 2002 that you owe Heartland Credit Union on the loan account (hereafter, "Account") you entered into as borrower. As of the date of this letter, you owe $672.82, plus interest of $0.25 per day from August 28, 2002. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you before depositing it.

If you want to resolve this matter, you must, within one week of the date of this letter, either pay Heartland Credit Union $672.82, plus interest of $0.25 per day from August 28, 2002 or call Sharon Fischer at Heartland Credit Union at (217) 726-2101 and work out arrangements for payment. If you do neither of these things, Heartland will be entitled to file a lawsuit against you for the collection of this debt when the week is over.

► THIS IS AN ATTEMPT TO COLLECT A DEBT - ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE ◄

B

OSI Collection Services, Inc.
1-800-824-9392

N⌐
P.O. BOX 7525
DUBLIN OH 43017-2590

| CREDITOR: |
| --- |
| ARMY & AIR FORCE EXCHANGE SVC |
| ACCOUNT #: |
| 2721399 |
| 50100000060194408014667735 |
| DATE: |
| SEPTEMBER 17, 2002 |
| AMOUNT: |
| $1301.80 |
| INTEREST: |
| $346.05 |
| TOTAL DUE: |
| $1,647.85 |
| SETTLEMENT AMOUNT |
| $1,318.28 |

TIMMOTHY C LINCOLN
1344 N 3RD ST
SPRINGFIELD IL 62702-3838

# Timmothy C Lincoln,
# Resolve Your Delinquency With This
# Special Offer

Dear Timmothy C Lincoln,

ARMY & AIR FORCE EXCHANGE SVC has authorized us to offer you this special one-time opportunity to settle your delinquent account. If a payment in the amount of $1,318.28 is received by this national collection agency within 30 days of receiving this notice, ARMY & AIR FORCE EXCHANGE SVC will consider your account settled.

This letter represents your one and only chance to resolve your delinquency for this settlement amount.

To take advantage of this limited time offer, send your payment with the bottom portion of this letter in the enclosed envelope.

This is an attempt to collect a debt and any information obtained
will be used for that purpose.
This communication is from a debt collector.

⬇ Detach Here ⬇

**Important:**
To insure proper credit, please return this portion to the address shown below with your payment.

OSI COLLECTION SERVICES, INC.
P.O. BOX 953
BROOKFIELD WI 53008

| CREDITOR: |
| --- |
| ARMY & AIR FORCE EXCHANGE SVC |
| ACCOUNT #: |
| 2721399 |
| 50100000060194408014667735 |
| DATE: |
| SEPTEMBER 17, 2002 |
| AMOUNT: |
| $1301.80 |
| INTEREST: |
| $346.05 |
| TOTAL DUE: |
| $1,647.85 |
| SETTLEMENT AMOUNT |
| $1,318.28 |

TIMMOTHY C LINCOLN
1344 N 3RD ST
SPRINGFIELD IL 62702-3838

C

P.O. BOX 2039
WARREN, MI 48090-2039
Address Service Requested

September 7, 2004

2086608-9164-DPN

#BWNHKKF
#0000000020866083#
TIMMOTHY LINCOLN
1344 N 3RD ST
SPRINGFIELD IL    62702-3838

*Asset*
*Acceptance*
*LLC*

Toll Free 800-781-4401 Ext. 1784

ASSET ACCEPTANCE LLC
P.O. BOX 2036
WARREN, MI 48090-2036

---

***DETACH UPPER PORTION AND RETURN WITH PAYMENT***

RE            BANK ONE

CLIENT ACCT#:           4018983800000652555
CURRENT BALANCE:        $19828.18
SETTLEMENT BALANCE:     $6939.86
EXPIRATION DATE:        SEPTEMBER 30, 2004

### END OF SUMMER SAVINGS DAYS

### THE 35/65 LABOR DAY PROGRAM

Dear TIMMOTHY LINCOLN:

In honor of our nations **LABOR DAY** holiday on September 6th, we are offering 65% off your balance; resulting **in a savings of $12888.32.**

With summer coming to a close, we would like to help you close out your BANK ONE account by only having to pay $6939.86 on your past due balance of $19828.18. By taking advantage of this incredible offer, you will close out this debt and receive a paid in full letter.

Take advantage of this excellent opportunity to save money! Call DELORES CARSON 800-781-4401 Ext. 1784 today to learn more about this brand new **35/65 LABOR DAY PROGRAM.**

This offer will expire on September 30, 2004.

This offer is void if settlement has already been arranged.

Pay Online Today at www.Paymybill.com. Your User ID is: 0271627. Your password is: 2086608.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

DELORES CARSON-Phone: Toll Free 800-781-4401 Ext. 1784
Debt Collector
ASSET ACCEPTANCE LLC

(QESP)35:T118:025933:001:1000:04251:PU21:ASACX64:01:

D

PRO COM SERVICES
P.O. Box 202
Springfield, IL 62705-0202

RETURN SERVICE REQUESTED

**PRO COM SERVICES**
OF ILLINOIS, INC.

AMERICAN COLLECTORS
*association member*

TEL: 217-525-7600
    618-735-9516

DATE: DEC 24 2004

1191454-1  3-3200
00185

TIMOTHY C LINCOLN & AMY LANGE
1344 N 3RD ST
SPRINGFIELD IL  62702-3838

PRO COM SERVICES OF ILLINOIS, INC.
P.O. BOX 202
SPRINGFIELD, IL 62705-0202

---

ACCT NO:  1191454
AMT DUE:  2885.00

DEAR TIMOTHY C LINCOLN,

YOUR ACCOUNT WITH:  NOLL LAW OFFICE

THIS IS AN ATTEMPT TO COLLECT A DEBT - INFORMATION GAINED WILL BE SO USED

THIS COMMUNICATION IS FROM A DEBT COLLECTION AGENCY.

THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
YOUR CREDITORS RECORDS INDICATE THAT THIS DEBT IS PAST DUE.
WE DO NOT BELIEVE YOU WANT US TO MAKE FURTHER COLLECTION EFFORTS
ON THIS ACCOUNT.  SEND YOUR PAYMENT IN FULL TO THE ADDRESS
SHOWN ABOVE.  YOU HAVE THE RIGHT TO INSPECT YOUR CREDIT RATING.

                    NOTICE
UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING
THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY
PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.
IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING
THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT
OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH
JUDGMENT OR VERIFICATION.  IF YOU REQUEST THIS OFFICE IN
WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS
OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE
ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

A $25.00 CHECK FEE WILL BE ADDED TO YOUR BALANCE IF YOUR CHECK
OR DRAFT IS NOT HONORED UPON PRESENTATION TO YOUR BANK.


ACCT #:  1191454
         $2885.00

F

SPRINGFIELD POSTAL CREDIT UNION
940 N. MACARTHUR
SPRINGFIELD, IL 62702
217-744-1456
FAX 217-744-1454
1-888-522-6930

August 12, 2002

Timmothy Lincoln
1344 N 3rd
Springfield, Il  62702

Dear Mr. Lincoln,

This letter is to inform you that we have sold your 1992 Jeep Laredo. The auto was sold on July 30, 2002, for the amount of $2300.00. Your balance at that time was $3721.21. As of this date, you still are responsible for payment on the balance due in the amount of $1543.87. Please be in touch with us as soon as possible concerning this matter.

Sincerely,

*Kathleen D. Schou*

Kathleen D. Schou
Vice Pres.

**Diversified Collection Services, Inc.**

P.O. Box 9046, Pleasanton, CA 94566-9046   Toll free: 888-310-2006

June 17, 2004

File #7- 12225779
TIMMOTHY C LINCOLN
1344 N. 3RD ST
SPRINGFIELD IL 62702-3838

Re:  Diversified Collection Services, Inc.
Account No:  90201646719
Treasury Acct No:  CB1037931-001020867

Balance:  $1344.26 as of: June 17, 2004

Claim of: U.S. Postal Service - ASC

After reviewing the history of your debt owed to the agency referenced above, it has become apparent that your financial situation may only allow you to repay your debt through monthly installments. If you wish to repay your debt voluntarily, please fill out the appropriate enclosed Financial Statement in its entirety, sign it, and return it in the enclosed envelope to Diversified Collection Services, Inc. In the case of a commercial debt, you may supply the most recent financial statements for the business, including balance sheet, cash flows and income statement or you may send the federal and state tax returns for the most recently completed year as an alternative to completing the form.

To avoid the delay in mailing your financial statement information, you may fax it to Diversified Collection Services, Inc. at 209-858-3939. Your information will be reviewed and verified to see if your case warrants special consideration. If so, we may be able to arrange some acceptable terms for you to repay the balance of the debt. Please include any additional information to support the financial information provided such as bank statements or audited financial statements.

If you fail to respond by the due date, we can only assume that you do not intend to repay your debt voluntarily. The U.S. Department of Treasury may also be required to withhold any future income tax refunds and other Federal payments to repay your debt.

You can reach your DCS account representative at 888-310-2006. This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

Enclosure: Financial Statement
LR104/TR02

**SEE THE REVERSE SIDE FOR THE FEDERAL VALIDATION NOTICE
AND OTHER REQUIRED STATE COMPLIANCE INFORMATION.**

*A Value Driven Company With A Commitment To Excellence*

H

# Delinquent Child Support
## Ten-day Demand

Date: 07/16/04

TIMOTHY LINCOLN
1344 N 3RD ST
SPRINGFIELD, IL 62702-3838

Non-custodial parent SSN: 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

The Illinois Department of Public Aid has referred your account to the Illinois Department of Revenue. The information received from the Illinois Department of Public Aid indicates that you are behind in child support payments. Below is a summary of your unpaid child support. A detailed breakdown is attached.

Amount Referred to Revenue:        $    6,693.00

You must pay the total liability due by 07/26/04. Make your check payable to "Illinois Department of Public Aid - Child Support Enforcement" and mail it along with Page 2 of this notice in the enclosed return envelope. Payment of this liability in no way relieves you of your legal obligation to pay current and future child support as ordered by the court or the Department of Public Aid.

This is your final notice and demand for payment. If you believe you do not owe this balance, send proof of prior payment or supporting documentation to us at the address below.

NOTE: Failure to comply with these instructions may result in your payments being applied to a tax liability. Payments of this type will not be transferred.

If you have questions about this letter, please write us or call our Springfield office weekdays between 8:00 a.m. and 4:30 p.m. Our address and telephone number are below.

ILLINOIS DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT - 3-035
PO BOX 19085
SPRINGFIELD IL  62794-9085
217-785-2555

enclosures

EDC-200 Page 1 (N-8/95)
IL-492-3568
LT98 (N-8/95)
F-01-012,181-003046

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>TIMMOTHY C. LINCOLN,<br><br>　　　Defendant. | Case No. 01 CR 30089 |

### NOTICE OF FILING AND PROOF OF SERVICE

TO:　Mr. John M. Waters, Clerk, United States District Court, 151 U.S. Courthouse, 600 E. Monroe St., Springfield, IL 62701

　　　Mr. Gregory M. Gilmore, Office of the U.S. Attorney, 318 S. Sixth St., Springfield, IL 62701-1806

　　　PLEASE TAKE NOTICE that on __/ 27 2005__, I filed and served Defendant's Motion To Waive Interest On Restitution by mailing copies to the addresses above.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMMOTHY C. LINCOLN, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　　　　　1344 N. Third St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Springfield, IL 62701
　　　　　　　　　　　　　　　　　　　　　　　　　　　(217) 789-1875