IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 01-CR-30089 |
| | ) | |
| TIMMOTHY C. LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO DEFENDANT'S MOTION TO WAIVE INTEREST**

Now comes the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and responds to Defendant's Motion to Waive Interest on Restitution ( Doc. 87) as follows:

1. This Court does not have jurisdiction to grant the relief requested by the Defendant.

2. Even if the Court did have jurisdiction, the interest requirement should not be waived or modified because the Defendant has not shown that he has the inability to pay interest.

3. The United States submits the accompanying memorandum in support of its position.

WHEREFORE, the Defendant's request should be dismissed for lack of jurisdiction or denied as without merit.

Respectfully submitted,
JAN PAUL MILLER
United States Attorney

By:  s/ Elizabeth L. Collins
     _____
     Elizabeth L. Collins, IL Bar No. 487864
     Attorney for Plaintiff
     United States Attorney's Office
     318 South Sixth Street
     Springfield, IL  62701
     Telephone:  217/492-4450
     Fax:  217/492-4888
     email:  beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                Timmothy C. Lincoln
                1344 N. Third
                Springfield, IL  62701

      March 1, 2005                                    s/ Elizabeth L. Collins
Date:_____      _____