United States District Court  
Account Summary

E-FILED  
Tuesday, 01 March, 2005  04:26:05 PM  
Clerk, U.S. District Court, ILCD

03/01/2005

```
LINCOLN, TIMOTHY                        Case Number   0753 3 0130089 001
1344 NORTH THIRD STREET                 Assessment              400.00
SPRINGFIELD, IL  62702                  Fine                      0.00
                                        Restitution          13,160.69
```

Special Assessment - 504100

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 06/17/2002 | S2140 | CASH | 200.00 | | 200.00 |
| 07/08/2002 | S2224 | CASH | 200.00 | | 0.00 |

Restitution - 6855XX

| Payment date | Receipt | Payment by | Payment | Interest | Total Due |
|---|---|---|---|---|---|
| 12/28/2002 | S2891 | CASH | 25.00 | | 13,135.69 |
| 02/18/2003 | P6057 | BOP | 25.00 | | 13,110.69 |
| 03/10/2003 | P6229 | BOP | 25.00 | | 13,085.69 |
| 04/14/2003 | P6517 | BOP | 25.00 | | 13,060.69 |
| 07/07/2003 | P7172 | BOP | 25.00 | | 13,035.69 |
| 05/05/2004 | 144087 | BOP | 25.00 | | 13,010.69 |
| 07/06/2004 | 144094 | BOP | 25.00 | | 12,985.69 |
| 12/15/2004 | S5591 | CASH | 50.00 | | 12,935.69 |
| 01/13/2005 | S5701 | CASH | 50.00 | | 12,885.69 |
| 02/10/2005 | S5819 | CASH | 50.00 | | 12,835.69 |
| | | Interest | | 722.24 | 13,557.93 |


GOVERNMENT EXHIBIT A