E-FILED
Friday, 23 June, 2006 11:16:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 01-30089-001 |
| | ) | |
| TIMOTHY C. LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREEMENT ON RESTITUTION PAYMENT

**I, TIMOTHY C. LINCOLN, agree to the entry of an Order to pay $75.00** a month and 25% of federal tax refunds each year until the judgment in this case has been paid, or this agreement modified, which judgment has a present balance of $12,984.78, including 2.1% interest, as of May 25, 2006. ($11,935.69 principal & $1,049.09 interest) If I am (15) days late, the United States may commence garnishment proceedings. If I complete this agreement, the United States will give me a Satisfaction of Judgment. I also agree to provide financial information annually and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus. I understand I can pay the full balance at any time.

**This agreement takes effect with the Payment due on August 15, 2006, and will continue on 15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice. This agreement does not affect the Probation payment schedule currently in effect.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

DATE: 6 15 06        s/ Timothy C. Lincoln
                     TIMOTHY C. LINCOLN, Defendant

DATE: 6-15-06    Approved:   s/ Mark Estock
                             Mark Estock, U.S. Probation Officer

DATE: 6/23/06                s/ Elizabeth L. Collins
                             Elizabeth L. Collins, Bar # 487864
                             Attorney for Plaintiff
                             United States Attorney's Office
                             318 S. 6th Street
                             Springfield, Illinois 62701
                             Tel: 217-492-4450
                             Fax: 217-492-4888
                             E-mail: Beth.Collins@usdoj.gov