## **CORRECTED CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION & PROPOSED ORDER** , have been made by placing in the United States mail, postage prepaid, addressed to:

> Timothy C. Lincoln
> 1344 North 3rd Street
> Springfield, IL 62702

DATE: June 23, 2006

s/ Elizabeth L. Collins

_____

By:   Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov